IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL JERMAINE KEMP, 3RD, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 14-3819 |
| | : | |
| v. | : | |
| | : | |
| PICC, CORRECTIONAL OFFICER MR. R. GREY #4382, CORRECTIONAL OFFICER MR. GARCIA, | : : : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 22nd day of March, 2016, after considering the motion for summary judgment filed by the defendant, Correctional Officer Mr. Garcia (Doc. No. 21), and after reviewing the complaint (Doc. No. 5), the defendant's answer and affirmative defenses (Doc. No. 10), and the plaintiff's various submissions (Doc. Nos. 19, 22, 23, 24); and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. The motion for summary judgment (Doc. No. 21) is **GRANTED**; and

2. Judgment is **ENTERED** in favor of the defendant, Correctional Officer Mr. Garcia, and against the plaintiff on the entirety of the complaint; and

**IT IS FURTHER ORDERED** that, for the reasons set forth in the accompanying memorandum opinion, the plaintiff's claims against the defendant, Correctional Officer Mr. R. Grey #4382, are **DISMISSED WITHOUT PREJUDICE**; and

**IT IS FURTHER ORDERED** that the clerk of court mark this matter as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.